No. 80–6659.   KITSOS, DBA RELIABLE TV SERVICE *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–6661.   DELESPINE *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 80–6664.   POLK *v.* LEWIS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6665.   GLENN *v.* DALLMAN, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 80–6666.   PETERSON *v.* WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 80–6670.   WILLIS *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 80–6673.   MONGE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–6674.   REAGLE *v.* OHIO.   Ct. App. Ohio, Summit County.   Certiorari denied.

No. 80–6676.   HOUSTON *v.* WARDEN, STATEVILLE CORRECTIONAL CENTER, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–6678.   SHAW *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 80–6681.   WOFFORD *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 80–6682.   SPANGENBERG *v.* WELLS FARGO BANK, N. A.   C. A. 9th Cir.   Certiorari denied.